Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Julie C. Collange, Esq.
Florida Bar No.: 123779
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>T.L. CAUDILL ENTERPRISES, d/b/a Magoo's, Magoo's Hideaway and Chicago Brewing Co.,<br><br>Defendant. | Case No.: 2:25-cv-00889-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (SECOND REQUEST)**<br><br>[ECF No. 17] |

Plaintiffs, John Meggs, an individual, and Access 4 All, Inc., a Florida not-for-profit Corporation (collectively "Plaintiffs"), by and through their counsel of record, The Mineo Salcedo Law Firm, P.A. and Rodriguez Law Offices, P.C. and, and Defendants, T.L. Caudill

Enterprises and Chicago Brewing Co. Inc. (hereinafter "Defendants"), by and through their counsel, the law firm of Pyatt Silvestri, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs' Response to Defendants' Motion to Dismiss is currently due on August 22, 2025 [ECF 15].

WHEREAS, Plaintiffs have reviewed Defendant's Motion to Dismiss and believe there may exist indispensable parties necessary to be joined in this matter. Therefore, Plaintiffs are in need of additional time to evaluate possible indispensable parties and research further regarding ownership, operations, lessor/lessee of the subject addresses connected to the details of the allegations in the Motion to Dismiss to be able to fully and adequately respond to the Motion.

WHEREAS, Defendants have agreed to give Plaintiffs up through and including September 2, 2025, in which to file their response to the Motion to Dismiss;

WHEREAS, all parties agree this is their second extension;

WHEREAS, Due to Defendants' counsel's full schedule after Plaintiffs file their response on September 2, 2025, the parties have agreed that Defendants will file their reply to Plaintiffs Response to Motion to Dismiss on or before September 16, 2025.

WHEREAS, there are no other deadlines affected by this stipulation presently known to the parties; and,

WHEREAS, this stipulation is not entered into for any improper purpose or to delay.

THEREFORE, all parties hereby stipulate and agree that Plaintiffs shall have up through and including September 2, 2025, in which to file their response to the Motion to Dismiss and thereafter Defendants will have up through and including September 16, 2025 to file their

reply to Plaintiffs' Response to Defendants Motion to Dismiss.

DATED this __21st__ day of August, 2025.          DATED this __21st__ day of August, 2025.

**THE MINEO SALCEDO LAW FIRM, P.A.**              **PYATT SILVESTRI**

/s/ Julie C. Collange                             /s/ Robert P. Molina
_____                   _____
Julie C. Collange, Esq., Florida Bar #123779      Robert P. Molina, Esq., Nevada Bar #6422
5600 Davie Road                                   7670 W. Lake Mead Blvd., Suite 250
Davie, Florida 33314                              Las Vegas, NV 89128
*Attorneys for Plaintiffs John Meggs and*         *Attorneys for Defendant T.L. Caudill*
*Access 4 All, Inc.*                              *Enterprises and Chicago Brewing Co., Inc.*


DATED this _21st_ day of August, 2025.

**RODRIGUEZ LAW OFFICES, P.C.**


/s/ Esther C. Rodriguez
_____
Esther C. Rodriguez, Esq., Nevada Bar #6473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs John Meggs and*
*Access 4 All, Inc.*


<u>**IT IS SO ORDERED**</u>.


_____
UNITED STATES DISTRICT JUDGE
DATED: August 21, 2025

Stipulation to Extend Deadline for Plaintiffs to Respond to Defendants' Motion to Dismiss
*Meggs, et al. v. T.L. Caudill Enterprises, et al.*