Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Julie C. Collange, Esq.
Florida Bar No.: 123779
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Service@mineolaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>T.L. CAUDILL ENTERPRISES, d/b/a Magoo's, Magoo's Hideaway and Chicago Brewing Co.,<br><br>Defendant. | Case No.: 2:25-cv-00889-JAD-EJY<br><br>**STIPULATION ON PLAINTIFFS' FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Plaintiffs, John Meggs, an individual, and Access 4 All, Inc., a Florida not-for-profit Corporation (collectively "Plaintiffs"), by and through their counsel of record, The Mineo Salcedo Law Firm, P.A. and Rodriguez Law Offices, P.C. and, and Defendants, T.L. Caudill Enterprises and Chicago Brewing Co. Inc. (hereinafter "Defendants"), by and through their counsel, the law firm of Pyatt Silvestri, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs were provided an extension until August 22, 2025 to file a

response to Defendants' Motion to Dismiss pursuant to the Stipulation and Order for Extension of Plaintiffs to Respond to Defendants' Motion to Dismiss (Second Request) [ECF 18].

WHEREAS, Plaintiffs filed an Amended Complaint instead of a response to Defendants' Motion to Dismiss on August 22, 2025 [ECF 19].

WHEREAS, prior to Plaintiffs filing of their Amended Complaint, Defendants did not agree that Plaintiffs could file an Amended Complaint instead of a response to Defendants' Motion to Dismiss or that Plaintiffs could file an Amended Complaint at all nor did the Court order that Plaintiffs had leave to file an Amended Complaint.

WHEREAS, on September 12, 2025, Defendants' filed their Emergency Motion to Strike Plaintiffs First Amended Complaint [ECF 23].

WHEREAS, on September 15, 2025, the Court filed its minute order denying without prejudice Defendants' Emergency Motion to Strike Plaintiffs First Amended Complaint and providing further instruction as to the parties' options regarding the First Amended Complaint [ECF 24].

WHEREAS, pursuant to the Court's minute order, counsel for all parties met and conferred as directed by said minute order.

WHEEREAS, pursuant to the Court's minute order, Defendants agree to withdraw their objection to the filing of Plaintiffs' First Amended Complaint such that they will not require Plaintiffs to file a Motion for Leave to Amend regarding their First Amended Complaint or refile their First Amended Complain after submission of this stipulation to the Court;

WHEREAS, the parties agree that Defendants' withdrawal of their objection to the filing of Plaintiffs' First Amended Complaint is not to be interpreted as meaning Defendants agree that Plaintiffs' filing of their First Amended Complaint without prior consent of Defendants or prior leave of the Court was procedurally proper or that Plaintiffs' First Amended Complaint is meritorious;

WHEREAS, the parties agree that Defendants shall have thirty (30) days from the date of filing of this stipulation to file their response to Plaintiffs' First Amended Complaint;

- 3 -

THEREFORE, all parties hereby stipulate and agree to the filing of Plaintiff's First Amended Complaint as set forth above and that Defendants shall have thirty (30) days from the date of filing of this stipulation to file their response to Plaintiffs' First Amended Complaint;

DATED this 22nd day of September, 2025.

**THE MINEO SALCEDO LAW FIRM, P.A.**

*/s/ Julie C. Collange*

Julie C. Collange, Esq., Florida Bar #123779
5600 Davie Road
Davie, Florida 33314
*Attorneys for Plaintiffs John Meggs and Access 4 All, Inc.*

DATED this 22nd day of September, 2025.

**PYATT SILVESTRI**

*/s/ Robert P. Molina*

Robert P. Molina, Esq., Nevada Bar #6422
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
*Attorneys for Defendant T.L. Caudill Enterprises and Chicago Brewing Co., Inc.*

DATED this 22nd day of September, 2025.

**RODRIGUEZ LAW OFFICES, P.C.**

*/s/ Esther C. Rodriguez*

Esther C. Rodriguez, Esq., Nevada Bar #6473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs John Meggs and Access 4 All, Inc.*

## IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date: September 23, 2025